[No. 15938-4-II. Division Two. September 26, 1994.]

THE DEPARTMENT OF LABOR AND INDUSTRIES, *Appellant*, v. PAC, INC., ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Lewis County, No. 86-2-00230-6, H. John Hall, J., entered March 19,

1992. *Affirmed* by unpublished opinion per Morgan, C.J., concurred in by Alexander, J., Seinfeld, J., dissenting.